1060

[No. 19445-7-II.    Division Two.    November 1, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. PATRICK MICHAEL GRAHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00035-8, Kenneth D. Williams, J., entered April 21, 1995. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Turner and Armstrong, JJ.

[No. 19635-2-II.    Division Two.    November 1, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN M. LAMB, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03489-7, Frederick W. Fleming, J., entered May 26, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ.

[No. 19821-5-II.    Division Two.    November 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTINA LYNN TAUTFEST, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00053-1, Randolph Furman, J., entered June 27, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 20026-1-II.    Division Two.    November 1, 1996.]

ANALYTICAL METHODS, INC., ET AL., *Appellants*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-01334-1, Christine A. Pomeroy, J., entered March 13, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Turner, J. Now published at 84 Wn. App. 236.